PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Apr 19, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HORACIO TORRECILLAS URIAS JR ET AL., <br><br> Defendants. | CASE NO. 1:22-CR-00062-JLT-SKO <br><br> MOTION TO DISMISS WITHOUT PREJUDICE CHARGES FOUR AND TEN IN CRIMINAL COMPLAINT [~~PROPOSED~~] ORDER |

On March 25, 2022, the government filed a criminal complaint in the above-mentioned case, charging 14 defendants with felony drug-trafficking offenses. (Doc. 1, Magistrate case number 1:22-mj-00044-SAB). On April 14, 2022, the grand jury returned a 21-count second superseding indictment, charging the same 14 defendants and several others with felony drug and gun charges. (Doc. 126). And the defendants were arraigned on the second superseding indictment on April 15, 2022.

During the arraignment hearing, the government moved to dismiss, without prejudice, the unindicted counts in the criminal complaint. The court instructed the government to submit a written application and order. By this written application and order, the government moves to dismiss, without prejudice, Counts Four and Ten listed in the criminal complaint:

- Count 4 – charging Horacio Torrecillas Urias Jr. and Alma Garza with attempted distribution of cocaine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

- Count 10 – charging Horacio Torrecillas Urias Jr. and Henry Cox with attempted possession with intent to distribute 400 grams or more of a mixture or substance containing a detectible amount of fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4- piperidinyl ] propanamide)

Dated:  April 18, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

### [PROPOSED] O R D E R

IT IS SO ORDERED this  19  day of  April , 2022.

HON. ERICA P. GROSJEAN

United States Magistrate Judge

MOTION AND PROPOSED ORDER

2