PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HORACIO TORRECILLAS URIAS JR.,<br><br>Defendant. | CASE NO. 1:22-CR-00062-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL AS TO HORACIO TORRECILLAS URIAS JR. AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON<br><br>Court: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a TRIAL on SEPTEMBER 24, 2024.

2.  By this stipulation, defendant now moves to vacate the TRIAL as to HORACIO TORRECILLAS URIAS JR. and to **set the case for a change of plea hearing on AUGUST 26, 2024 at 9:00 a.m.** before the Hon. Jennifer L. Thurston.  The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The discovery associated with this case is voluminous and includes tens of thousands of pages, including investigative reports, photographs and videos, as well as hundreds of hours of recorded telephone conversations pursuant to wiretap orders, many cellular phone extractions, and large amounts of cellular telephone precise location data and vehicle tracker

STIPULATION TO CONTINUE

1

data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Defense counsel has received a plea agreement from the government and needs the additional time to finalize the agreement and meet with her client to prepare for the change of plea hearing.

      c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Speedy trial time has previously been excluded beyond the proposed change of plea hearing date.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 16, 2024　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　By:　/s/ JUSTIN J. GILIO
　　　　　　　　　　　　　　　　　　　　　　　　　JUSTIN J. GILIO
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: July 16, 2024　　　　　　　　　　　　　　　/s/ *Galatea DeLapp*
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　Horacio Torrecillas Urias Jr.

STIPULATION TO CONTINUE　　　　　　　　　　2

**O R D E R**

IT IS SO ORDERED.

Dated:   **July 17, 2024**                                        /s/ Jennifer L. Thurston
                                                                                  UNITED STATES DISTRICT JUDGE