1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2333 Merced Street
   Fresno, Ca 93721
3  Telephone: (559) 442-0634
   Facsimile: (559) 233-6947
4

5  Attorney for Defendant ALMA GARZA

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | No. 1:22-CR-00062 JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AS TO HORACIO TORRECILLAS URIAS, JR's UNAVAILABILITY AS A WITNESS AT TRIAL and FINDINGS AND ORDER** |
| ALMA GARZA, et al. | |
| Defendants. | |

The parties hereby stipulate that if called as a witness at trial, Horacio Torrecillas Urias, Jr. will assert his Fifth Amendment right not to testify and will thus be unavailable as a witness.

**STIPULATION**

**IT IS SO STIPULATED.**

1

| | | |
|---|---|---|
| Dated: September 18, 2024 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/  JUSTIN GILIO<br>JUSTIN GILIO<br>Assistant United States Attorney |
| Dated: September 18, 2024 | | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN, Attorney for<br>Defendant, ALMA GARZA |

## FINDINGS AND ORDER

Based upon the stipulation of the parties, Horacio Torrecillas Urias, Jr. is unavailable to testify at trial in this case. Consequently, the writ seeking to produce him at trial (Doc. 588) is **WITHDRAWN and DISCHARGED**.

IT IS SO ORDERED.

Dated:  **September 19, 2024**

UNITED STATES DISTRICT JUDGE

2