MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:22-CR-00062-JLT-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| HORACIO TORRECILLAS URIAS, JR., | |
| Defendant. | |

On December 23, 2024, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Horacio Torrecillas Urias, Jr. in the following property:

a.    blue Nokia cellular phone,
b.    red Apple iPhone, IMEI: 358041410467007, and
c.    black TCL cellular phone.

Beginning on December 31, 2024, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

No third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

1    Accordingly, it is hereby ORDERED and ADJUDGED:

2    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of

3    America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to

4    be disposed of according to law, including all right, title, and interest of Horacio Torrecillas

5    Urias, Jr.

6    2.    All right, title, and interest in the above-listed property shall vest solely in the

7    name of the United States of America.

8    3.    The U.S. Customs and Border Protection – Homeland Security Investigations shall

9    maintain custody of and control over the subject property until it is disposed of according to law.

10
11   IT IS SO ORDERED.

12   Dated:   **April 8, 2025**

UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28